**No. 09-7278. Edward Z. Camillo, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

559 U.S. 1088, 130 S. Ct. 2143, 176 L. Ed. 2d 760, 2010 U.S. LEXIS 3178.

April 19, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1122, 130 S. Ct. 1073, 175 L. Ed. 2d 901, 2010 U.S. LEXIS 153.

---

**No. 09-7365. Adrian Smith, Petitioner v. Bridgestone Firestone Tire Company, et al.**

559 U.S. 1088, 130 S. Ct. 2143, 176 L. Ed. 2d 760, 2010 U.S. LEXIS 3130.

April 19, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1124, 130 S. Ct. 1080, 175 L. Ed. 2d 905, 2010 U.S. LEXIS 513.

---

**No. 09-7453. Giovanni Sairras, Petitioner v. Jonathan Schleffer, et al.**

559 U.S. 1088, 130 S. Ct. 2143, 176 L. Ed. 2d 760, 2010 U.S. LEXIS 3129.

April 19, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1151, 130 S. Ct. 1145, 175 L. Ed. 2d 979, 2010 U.S. LEXIS 650.

---

**No. 09-7506. Howard Brown, Petitioner v. Curtiss James Kelley, Jr., et al.**

559 U.S. 1088, 130 S. Ct. 2143, 176 L. Ed. 2d 760, 2010 U.S. LEXIS 3243.

April 19, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1152, 130 S. Ct. 1149, 175 L. Ed. 2d 981, 2010 U.S. LEXIS 601.

---

**No. 09-7542. Mark Gruber, Petitioner v. Bernie Buescher, Colorado Secretary of State, et al.**

559 U.S. 1088, 130 S. Ct. 2143, 176 L. Ed. 2d 760, 2010 U.S. LEXIS 3150.

April 19, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1153, 130 S. Ct. 1151, 175 L. Ed. 2d 982, 2010 U.S. LEXIS 688.

---

**No. 09-7628. Jason Eric Sonntag, Petitioner v. United States District Court for the District of Nevada, et al.**

559 U.S. 1088, 130 S. Ct. 2143, 176 L. Ed. 2d 760, 2010 U.S. LEXIS 3247.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 907, 130 S. Ct. 1319, 175 L. Ed. 2d 1079, 2010 U.S. LEXIS 892.